IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMPLY SNACKIN, INC. and JASON ISANBERG, | : | Civil No. 1:17-CV-0381 |
| Plaintiffs, | : | |
| v. | : | |
| S-L DISTRIBUTORS and SNYDER'S-LANCE, | : | Judge Sylvia H. Rambo |
| Defendant. | : | |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss the amended complaint for failure to state a claim (Doc. 52) is granted in part and denied in part as follows:

1) The motion is **GRANTED WITH PREJUDICE** as to Counts I and II as stated against Defendant Snyder's-Lance;

2) The motion is **DENIED** as to Counts I and II as stated against Defendant S-L Distributors;

3) The motion is **GRANTED WITH PREJUDICE** as to Counts III and IV as stated against Defendant S-L Distributors, and without prejudice as to Defendant Snyder's-Lance.

4) The motion is **GRANTED WITH PREJUDICE** as to all claims brought by Plaintiff Jason Isanberg.

                                                       s/Sylvia H. Rambo
                                                       SYLVIA H. RAMBO

Dated: December 6, 2017            United States District Judge